IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMBER OATES, ANTHONY OATES, | ) |
| | ) Case No. 3:10-cv-5811-JRC |
| Plaintiffs, | ) |
| | ) ORDER MODIFYING CASE SCHEDULE |
| vs. | ) |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| | ) |
| Defendant. | ) |

THE COURT having read the parties' Joint Motion for Modification of Case Schedule and having been fully advised, NOW THEREFORE IT IS ORDERED as follows:

1. The deadline for expert witness disclosure and reports pursuant to F.R.C.P. 26(a) will be September 19, 2011; and

2. The deadline for the parties to complete ADR will be November 2, 2011.

Dated this 8th day of August, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER MODIFYING CASE SCHEDULE 3:10-cv-5811 - 1